

1000 Lafayette Blvd., 7th Floor
Bridgeport, Connecticut 06604
T. 203-333-9441 F. 203-333-1489
ZNCLaw.com

- Jacob D. Zeldes (1929-2013)



**Sabato P. Fiano**
**Direct Dial: (203) 332-5791**
**Email: sfiano@znclaw.com**

November 30, 2020

<u>**Via Electronic Filing**</u>
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
Courtroom 2103
New York, NY 10007-1312

Re:     *Claridge Associates, LLC, et al. v. Schepis, et al.* (15 cv 4514) (KPF)

Dear Judge Failla:

This letter is submitted on the behalf of the Defendants in the above-referenced action.  The purpose of this letter is to respectfully request a brief three (3) day extension of time, to and including **Thursday, December 3, 2020**, for the parties to file the joint status letter regarding proposed next steps in this case, as ordered by the Court on November 5, 2020.  This is the **first** extension of time sought with respect to this time frame.[1]

The reason for this request is the press of matters created by the intervening Thanksgiving holiday.  The Plaintiffs' consent to this request.

Should the Court require additional information, we respectfully remain available.  Thank you for your consideration.

Respectfully Submitted,

*Sabato P. Fiano*

---

[1] The Defendants had previously sought, and were granted, an extension until November 25, 2020 in order to contemplate and, if appropriate, file a motion for reconsideration from the Court's Opinion and Order dated November 5, 2020.  After contemplation, the Defendants have elected not to file such a motion.  However, as stated, this is the first extension request sought with respect to the joint status letter.

Application GRANTED.

Dated:      November 30, 2020            SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE