UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARIDGE ASSOCIATES, LLC, JAMISCOTT, LLC, LESLIE SCHNEIDER, and LILLIAN SCHNEIDER,

                      Plaintiffs,

-v.-

ANTHONY SCHEPIS, FRANK CANELAS, RUTH CANELAS, and NORTHEAST CAPITAL MANAGEMENT, LLC,

                      Defendants.

15 Civ. 4514 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' joint letter dated December 6, 2020 (Dkt. #183), and Plaintiff's letter dated December 14, 2020 (Dkt. #185). The Court adopts the following schedule:

- December 21, 2020: Filing of proposed revised case management plan
- January 6, 2021: Filing of amended complaint
- January 13, 2021: Answer to amended complaint
- March 26, 2021: Completion of fact discovery

The parties shall meet and confer regarding interim discovery deadlines and shall include such deadlines in their proposed revised case management plan. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at

http://nysd.uscourts.gov/judge/Failla.

A bench trial in this action shall commence on **June 28, 2021**, at 9:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are hereby ORDERED to file the Joint Pretrial Order, motions *in limine*, pretrial memoranda of law, and proposed findings of fact and conclusions of law by **May 31, 2021**. Any opposition papers shall be filed by **June 7, 2021**. Given the procedural history of this case and the fact of a bench trial, the Court sees no basis for a third round of summary judgment practice.

The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials. Finally, the parties are ORDERED to appear for a final pretrial conference on **June 14, 2021**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   December 15, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge