UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARIDGE ASSOCIATES, LLC, JAMISCOTT, LLC, LESLIE SCHNEIDER, and LILLIAN SCHNEIDER,

                Plaintiffs,

-v.-

ANTHONY SCHEPIS, FRANK CANELAS, RUTH CANELAS, and NORTHEAST CAPITAL MANAGEMENT, LLC,

                Defendants.

15 Civ. 4514 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    This Order addresses three issues in advance of the conference scheduled for March 30, 2021.  *First*, the March 30, 2021 conference shall take place by telephone.  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note that the conference bridge will not be available before 10:00 a.m.

    *Second*, the Court is in receipt of Plaintiffs' letter dated March 24, 2021, seeking a conference to discuss the refusal of Peter Cane and CaneLaw LLP (collectively, "Cane") to comply with subpoenas issued by Plaintiffs for both documents and testimony.  (Dkt. #213).  The Court directs Peter Cane and Cane's counsel to appear at the March 30, 2021 conference to discuss these claims.  Plaintiffs' counsel is directed to transmit a copy of this Order to Cane's counsel promptly.

    *Third*, the Court is in receipt of Plaintiff's pre-motion submission regarding an anticipated motion for sanctions.  (Dkt. #214).  The Court expects

the parties to be prepared to discuss this issue at the March 30, 2021 conference. To that end, the Court directs Defendants to submit a response to Plaintiffs' letter on or before the evening of March 29, 2021.

    SO ORDERED.

Dated:    March 25, 2021
           New York, New York

                                          KATHERINE POLK FAILLA
                                         United States District Judge