UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLARIDGE ASSOCIATES, LLC,
JAMISCOTT, LLC, LESLIE SCHNEIDER,
and LILLIAN SCHNEIDER,

                              Plaintiffs,

           -against-                           **ORDER**
                                                 15-CV-4514 (KPF)(KNF)

ANTHONY SCHEPIS, FRANK CANELAS,
RUTH CANELAS, and NORTHEAST
CAPITAL MANAGEMENT, LLC,

                              Defendants.
-----------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a settlement conference shall be held in the above-captioned action on May 5, 2021, at 12:30 p.m. The conference will be held by telephone. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. The parties are also directed to review and comply with the undersigned's Procedures Applicable to Cases Referred for Settlement, which may be found on the Court's website. As set forth in the procedures, no later than 3 days before the conference, the parties must provide Judge Fox: (1) a pre-conference letter; and (2) a completed attendance form; **these submissions shall be made via e-mail to:** elizabeth_potter@nysd.uscourts.gov.

      Additionally, at least five days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated: New York, New York                SO ORDERED:
          April 1, 2021

                                                    _/s/ Kevin Nathaniel Fox_
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE