UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CLARIDGE ASSOCIATES, LLC,
JAMISCOTT, LLC, LESLIE SCHNEIDER,
and LILLIAN SCHNEIDER,

                Plaintiffs,

    -against-                              **ORDER**
                                          15-CV-4514 (KPF)(KNF)

ANTHONY SCHEPIS, FRANK CANELAS,
RUTH CANELAS, and NORTHEAST
CAPITAL MANAGEMENT, LLC,

                Defendants.
---------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties have requested that the settlement conference scheduled for May 5, 2021, at 12:30 p.m. be conducted via videoconference. The request is granted. The conference will be held using the Microsoft Teams platform. The link and other information necessary to access the conference will be provided to the conference participants, prior to the date of the conference, via email.

Dated: New York, New York            SO ORDERED:
       April 12, 2021

                                            _/s/ Kevin Nathaniel Fox_
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE